**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

TAMMY BARBER, Administratrix of the                                           PLAINTIFF
Estate of GLENN ARTHUR BARBER, Deceased

v.                                          No. 1:13CV00078 JLH

INDEPENDENCE COUNTY, ARKANSAS;
STATE OF ARKANSAS; ROBERT GRIFFIN,
County Judge; CITY OF BATESVILLE;
STEVE JEFFERY, Individually and as Sheriff,
Independence County; and JOHN DOES 1-6                                        DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of

Independence County, Arkansas; Robert Griffin, County Judge; and Steve Jeffery, individually and

as Sheriff of Independence County.  The complaint of Tammy Barber, Administratrix of the Estate

of Glenn Arthur Barber, Deceased, is dismissed with prejudice.

IT IS SO ORDERED this 7th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE